UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GREGORY B. SULLIVAN, et al.,<br>Plaintiffs, | )<br>)<br>) |
| v. | ) Civil No. 2:22-cv-00147-JDL<br>) |
| CHESTER WATER AUTHORITY, et al.,<br>Defendants, | )<br>)<br>) |

## JUDGMENT

In accordance with the Order Accepting the Recommended Decision of the Magistrate Judge, issued August 31, 2022, by Chief U.S. District Judge Jon D. Levy, JUDGMENT of dismissal is hereby entered.

                                                  CHRISTA K. BERRY
                                                  CLERK

                                      By:    /s/ Charity Pelletier
                                                      Deputy Clerk

Dated: August 31, 2022